# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ALAINA ADCOCK**                                                      **PLAINTIFF**

**v.**                      **CASE NO. 4:25-CV-00519-BSM**

**ATM CARRIERS LLC**
**AND JOHN DOES I-V**                                    **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of January, 2026.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE